

**FILED**

JUN 03 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| KATHRYN DIVINE, | ) | Case No.: C 11-0296 PSG |
|---|---|---|
| Plaintiff, | ) | **ORDER SETTING BRIEFING SCHEDULE AND TELEPHONIC CONFERENCE** |
| v. | ) | |
| LOCKHEED MARTIN CORPORATION, ET AL., | ) | (Re: Docket No. 12) |
| Defendants. | ) | |

Pursuant to the parties' stipulation, the parties shall submit letter briefs, not exceeding five pages each, addressing their discovery dispute. Plaintiff shall file her opening letter brief no later than June 10, 2011. Defendant Lockheed Martin Corporation shall file its responsive letter brief no later than June 17, 2011. No reply will be considered. The parties shall appear by telephone at a conference call on July 11, 2011 at 10 a.m. The parties are instructed to contact Oscar Rivera, courtroom deputy to the undersigned, to make arrangements.

The parties also have stipulated that the subpoenaed documents be delivered to the court, but have not explained why this delivery is necessary. The court does not approve this portion of the stipulation and declines to accept the documents.

IT IS SO ORDERED.

Dated: 6/3/2011

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 11-0296
ORDER